976

## In the Matter of BLACKWOOD HOTEL COMPANY et al., Debtors.

## William A. BAXLEY et al., Appellants, v. BLACKWOOD HOTEL COMPANY et al., Appellees.

### No. 6626.

Circuit Court of Appeals, Seventh Circuit.
Oct. 31, 1938.

Joseph Rosenberg and M. A. Gordon, both of Chicago, Ill., for William A. Baxley et al., appellants.

Glenn, Real & Browning, of Chicago, Ill., for Victor E. LaRue, Special Master, and Clement A. Nance, trustee in bankruptcy.

Before SPARKS, Circuit Judge.

SPARKS, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated by and between the parties hereto through their respective attorneys that the appeal herein be dismissed."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that the said appeal be, and the same is hereby, dismissed, with costs, pursuant to the foregoing stipulation.

## Carl BONDI, Appellant, v. UNITED STATES of America.

### No. 11222.

Circuit Court of Appeals, Eighth Circuit.
Jan. 9, 1939.

Joseph N. Miniace, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, and Otto Schmid, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeal dismissed for failure to comply with rules of Supreme Court of the United States and of this Court.

## Ellis BUCK, Appellant, v. UNITED STATES of America.

## Sam BRENNER, Appellant, v. UNITED STATES of America.

## Ernest WILLIAMS, Appellant, v. UNITED STATES of America.

## Herman SUPOFSKY, Appellant, v. UNITED STATES of America.

### Nos. 11154–55, 11157–58.

Circuit Court of Appeals, Eighth Circuit.
July 11, 1938.

Homer A. Cope, Thomas C. Swanson, and James Daleo, all of Kansas City, Mo., for appellants.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow, and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeals dismissed and causes remanded to District Court with power in its discretion to permit appellants, or any of them, to change their pleas, etc., and to resentence them, on motions of appellants.